UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 09-Civ-23209-Ungaro

MICHAEL D. GIBBONS,

    Plaintiff,

v.

ESTATE OF IRA HOUTKIN, *et al.*,

    Defendants

_____/

### ORDER GRANTING MOTION TO APPEAR TELEPHONICALLY

THIS CAUSE is before the Defendants' Motion to Appear Telephonically for the November 20, 2009 Status Conference, filed on November 12, 2009. (D.E. 24.)

THE COURT has considered the Motion and the pertinent portions of the record and is otherwise fully advised in the premises. Accordingly, it is

ORDERED AND ADJUDGED that said Motion (D.E. 24) is GRANTED. Non-local counsel for all parties may appear *telephonically* at the November 20, 2009 Status Conference. **However, local counsel for each party must appear in person.**

DONE AND ORDERED in Chambers at Miami, Florida, this 19th day of November, 2009.

                                                                 _____
                                                                 URSULA UNGARO
                                                                 UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record